# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ARTURO GALVAN,

      Plaintiff,

vs.

      Case No.: 2:17-cv-1053
      JUDGE GEORGE C. SMITH
      Magistrate Judge Vascura

FRANKLIN COUNTY SHERIFF
DEPARTMENT, *et al.*,

      Defendants.

## ORDER

On May 15, 2018, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the Court dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. (*See* Doc. 10). The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Complaint is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The other pending motions are denied as moot. The Clerk shall remove Documents 3, 5, and 10 from the Court's pending motions list and close this case.

      **IT IS SO ORDERED**.

      */s/ George C. Smith*
      **GEORGE C. SMITH, JUDGE**
      **UNITED STATES DISTRICT COURT**